# EXHIBIT B





# Quality care starts here.

Enter your address, city or ZIP

Use my current location



Listing 58 locations          Filters

## Amboy Road urgent care

5788–5800 Amboy Road          OPEN until 8:00PM
Staten Island, NY 10309


Directions




More Info

## Bay Ridge urgent care

8712 4th Avenue          OPEN until 8:00PM
Brooklyn, NY 11209


Directions




More Info

## Bay Shore-North Sunrise Hwy urgent care

1757 Sunrise Highway
Bay Shore, NY 11706

**OPEN** until 7:00PM


Directions




More Info

## Bellmore urgent care

2459 Merrick Road
Bellmore, NY 11710

**OPEN** until Midnight


Directions




More Info

## Bensonhurst-18th Avenue urgent care

6502 18th Avenue
Brooklyn, NY 11204

**OPEN** until 8:00PM


Directions




More Info

## Broadway Triangle urgent care

21 Graham Avenue
Brooklyn, NY 11206

**OPEN** until 8:00PM


Directions




More Info

## Brooklyn Heights urgent care

135 Montague Street  
Brooklyn, NY 11201

**OPEN** until 8:00PM


Directions




More Info

## Bushwick urgent care

399 Knickerbocker Avenue  
Brooklyn, NY 11237

**OPEN** until 8:00PM


Directions




More Info

## Butler urgent care

1224 NJ-23 North  
Butler, NJ 07405

**OPEN** until 8:00PM


Directions




More Info

## Carle Place urgent care

235 Glen Cove Road  
Carle Place, NY 11514

**OPEN** until 9:00PM


Directions




More Info

## Cobble Hill urgent care

228–230 Court Street  
Brooklyn, NY 11201

**OPEN** until 8:00PM

  
Directions                           More Info

## Commack urgent care

6500 Jericho Turnpike                OPEN until 9:00PM
Commack, NY 11725

  
Directions                           More Info

## Copiague urgent care

901 Sunrise Highway                  OPEN until 8:00PM
Copiague, NY 11726

  
Directions                           More Info

## Corona urgent care

37–26 Junction Blvd                  OPEN until 8:00PM
Corona, NY 11368

  
Directions                           More Info

## Crown Heights urgent care

256 Utica Avenue                     OPEN until 9:00PM
Brooklyn, NY 11213

  
Directions                           More Info

## Cutchogue urgent care

32645 Main Road  
Cutchogue, NY 11935

**OPEN** until 8:00PM

 Directions       More Info

## Ditmars urgent care

22-48 31st Street  
Astoria, NY 11105

**OPEN** until 8:00PM

 Directions       More Info

Pre-register for your visit at this location.

## East 37th urgent care

561 3rd Avenue  
New York, NY 10016

**OPEN** until 8:00PM

 Directions       More Info

Pre-register for your visit at this location.

## East 96th urgent care

1500 Lexington Avenue  
New York, NY 10029

**OPEN** until 9:00PM

 Directions       More Info

## East Hanover urgent care

399 Route 10  
East Hanover, NJ 07936

**OPEN** until 8:00PM


Directions




More Info

## Farmingville urgent care

2280A North Ocean Avenue  
Farmingville, NY 11738

**OPEN** until 11:00PM


Directions




More Info

**Pre-register for your visit at this location.**

## Financial District urgent care

24 Broad Street  
New York, NY 10005

**OPEN** until 8:00PM


Directions




More Info

## Flatbush urgent care

2125 Nostrand Avenue  
Brooklyn, NY 11210

**OPEN** until 8:00PM


Directions




More Info

## Hauppauge urgent care

812 Wheeler Road  
Hauppauge, NY 11788

**OPEN** until 8:00PM


Directions




More Info

## Huntington Station urgent care

234 West Jericho Turnpike  
Huntington Station, NY 11746

**OPEN** until 9:00PM


Directions




More Info

## Jamaica urgent care

162–21 Jamaica Avenue  
Jamaica, NY 11432

**OPEN** until 11:00PM


Directions




More Info

## Lanoka Harbor urgent care

539 US 9  
Lanoka Harbor, NJ 08734

**OPEN** until 8:00PM


Directions




More Info

## Mamaroneck urgent care

651 East Boston Post Road  
Mamaroneck, NY 10543

**OPEN** until 8:00PM


Directions




More Info

## Massapequa urgent care

4410 Sunrise Highway  
Massapequa, NY 11758

**OPEN** until 8:00PM

 Directions   More Info

## Merrick urgent care

1989 Merrick Road  
Merrick, NY 11566

**OPEN** until 7:00PM

 Directions   More Info

## Midwood urgent care

1305 Kings Highway  
Brooklyn, NY 11229

**OPEN** until 8:00PM

 Directions   More Info

## Mineola urgent care

292 Herricks Road  
Mineola, NY 11501

**OPEN** until 8:00PM

 Directions   More Info

## Montvale urgent care

62 Farm View  
Montvale, NJ 07645

**OPEN** until 8:00PM

 Directions   More Info

## Mott Haven urgent care

571 East 138th Street  
Bronx, NY 10454

OPEN until 8:00PM


Directions




More Info

## Mt. Eden urgent care

48 East 170th Street  
Bronx, NY 10452

OPEN until 8:00PM


Directions




More Info

## New Dorp urgent care

2710 Hylan Blvd  
Staten Island, NY 10306

OPEN until 8:00PM


Directions




More Info

**Pre-register for your visit at this location.**

## Noho urgent care

654 Broadway  
New York, NY 10012

OPEN until 8:00PM


Directions




More Info

## Northport urgent care

399 Fort Salonga Road (Rte 25A)  
Northport, NY 11768

OPEN until 8:00PM


Directions




More Info

### Northvale urgent care

273 Livingston Street  
Northvale, NJ 07647

**OPEN** until 8:00PM


Directions




More Info

### Patchogue urgent care

129 Sunrise Highway  
Patchogue, NY 11772

**OPEN** until 9:00PM


Directions




More Info

### Plainview urgent care

1117 Old Country Road  
Plainview, NY 11803

**OPEN** until 8:00PM


Directions




More Info

### Prospect Heights urgent care

288 Flatbush Avenue  
Brooklyn, NY 11217

**OPEN** until 8:00PM


Directions




More Info

### Raritan urgent care

503 Route 202
N Raritan, NJ 08869

OPEN until 8:00PM


Directions




More Info

## Ridgewood urgent care

5626 Myrtle Avenue
Ridgewood, NY 11385

OPEN until 8:00PM


Directions




More Info

## Rockville Centre urgent care

560 Merrick Road
Rockville Centre, NY 11570

OPEN until 8:00PM


Directions




More Info

## Ronkonkoma urgent care

600 Portion Road
Ronkonkoma, NY 11779

OPEN until 8:00PM


Directions




More Info

## Roslyn Heights urgent care

363 Willis Avenue
Roslyn Heights, NY 11577

OPEN until 8:00PM


Directions




More Info

## Sayville urgent care

5600 Sunrise Highway  
Sayville, NY 11782

OPEN until 11:00PM


Directions




More Info

## Smithtown urgent care

519 West Jericho Turnpike  
Smithtown, NY 11787

OPEN until 8:00PM


Directions




More Info

## Sunset Park urgent care

5024 5th Avenue  
Brooklyn, NY 11220

OPEN until 8:00PM


Directions




More Info

## Syosset urgent care

358 Jericho Turnpike  
Syosset, NY 11791

OPEN until 8:00PM


Directions




More Info

## Toms River urgent care

970 Hooper Avenue 2  
Tom's River, NJ 08753

OPEN until 8:00PM


Directions




More Info

Pre-register for your visit at this location.

# West 14th urgent care

14 W 14th Street  
New York, NY 10011

**OPEN** until Midnight


Directions




More Info

Pre-register for your visit at this location.

# West 29th urgent care

330 7th Avenue  
New York, NY 10001

**OPEN** until 8:00PM


Directions




More Info

Pre-register for your visit at this location.

# West 33rd urgent care

5 Penn Plaza  
New York, NY 10001

**OPEN** until 8:00PM


Directions




More Info

# Westchester Square urgent care

32 Westchester Square  
Bronx, NY 10461

OPEN until 8:00PM


Directions




More Info

## White Plains urgent care

222 Mamaroneck Avenue  
White Plains, NY 10605

OPEN until 8:00PM


Directions




More Info

## Woodhaven urgent care

91-07 Jamaica Avenue  
Woodhaven, NY 11421

OPEN until 8:00PM


Directions




More Info

## Connect with us.

Sign up to get the latest news from CityMD.

| Enter your email | Sign Up |



### Follow us

    

### Locations

### Services

Payment

Virtual care

Aftercare

About CityMD

Health & wellness

In the Know

Careers

FAQs

Contact us

Copyright 2010 – 2023 Summit Health Management, LLC. All Rights Reserved.

Privacy Policy  |  No Surprises Act  |  Notice of Privacy Practices – NY & NJ  |  Non-discrimination Statement – NY & NJ  |  Summit Health Code of Conduct | Summit Health Compliance Manual | Notice of Right to Good Faith Estimate

"" ""