# EXHIBIT D

& Sign In

**Careers Home**    **Search for Jobs**

Search for jobs or keywords    Search

Distance or Location ▼    Full/Part-time ▼    Job Category ▼    More ▼

New York ✕

**Clear All (1)**

**345 JOBS FOUND**

### Medical Assistant- Orthopedics

📍 New York City, NY

🕒 Posted Today

R21217

---

### Patient Service Rep/Surgical Scheduler

📍 Hauppauge, NY

🕒 Posted Today

R21215

---

### Patient Service Rep/Surgical Scheduler

📍 New York City, NY

🕒 Posted Today

R21214

---

### Surgical Scheduler - Orthopedics

📍 Bayshore, NY

Posted Yesterday

R21204

### Registered Nurse - Primary Care

New York City, NY

Posted Yesterday

R18564

### Patient Service Rep/Surgical Scheduler - Family Med

Patchogue, NY

Posted Yesterday

R21200

### Licensed Practical Nurse - Family Medicine

New York City, NY

Posted Yesterday

R20840

### Medical Assistant - ENT

Queens, NY

Posted Yesterday

R21196

### Medical Scribe - ENT

Queens, NY

Posted Yesterday

R21195

### Medical Assistant - ENT

📍 Levittown, NY

🕒 Posted Yesterday

R20725

### Patient Service Representative/Surgical Scheduler - Neurology

📍 Woodmere, NY

🕒 Posted Yesterday

R21189

### Office Manager

📍 Queens, NY

🕒 Posted 2 Days Ago

R21184

### Physician Assistant - Orthopedics

📍 White Plains, NY

🕒 Posted 2 Days Ago

R21179

### Ultrasound Technologist - Part Time

📍 Garden City, NY

🕒 Posted 2 Days Ago

R19265

### Medical Assistant - Internal Medicine

📍 Rye, NY

🕒 Posted 2 Days Ago

R21180

### Surgical Technologist - Ambulatory Surgery Center

- Rye, NY
- Posted 2 Days Ago

Req-2021-3336

### Echo Tech - Cardio - Per Diem

- New Hyde Park, NY
- Posted 2 Days Ago

R17092

### Imaging Tech Aide - Part Time

- Garden City, NY
- Posted 2 Days Ago

R19515

### CT Technologist - Part Time

- Garden City, NY
- Posted 2 Days Ago

R19251

### X-Ray Technologist - Part Time

- Garden City, NY
- Posted 2 Days Ago

R19248

1  2  3  4  5  >

1 - 20 of 345 jobs

**Welcome To Summit Health and CityMD**

[Summit Health](#) and CityMD form a physician-driven, patient-centric network, committed to simplifying the complexities of health care and bringing a more connected kind of care. Our unique network was created by the 2019 merger between Summit Medical Group, one of the nation's premier independent multispecialty medical groups, and CityMD, the leading urgent care provider in the New York metropolitan area. Together, Summit Health and CityMD deliver a more intuitive, comprehensive, and responsive care experience for every patient, regardless of the stage of life or health condition, through high-quality primary, specialty, and urgent care.

We are continually growing to meet the needs of our patients and deliver exceptional care to an even greater population. Summit Health now has more than 2,800 providers across more than 80 specialty areas, 13,000 employees, and over 370 locations in New York, New Jersey, Connecticut, Pennsylvania, and Central Oregon. CityMD has over 150 locations across the tri-state. We share a vision of improving the way health care needs are addressed by offering timely, high-quality, comprehensive care with an exceptional patient experience. Together, we provide the best possible care to every patient in every neighborhood.

[Read Less ^](#)

**Join our team!**

Summit Health and CityMD are dedicated to hiring and retaining the right talent who will contribute to our

ongoing expansion and success. We work to set clear goals and expectations, while regularly managing performance and cultivating personal and team capabilities within a positive, collaborative environment that recognizes and rewards success. We strive to make each team member's experience at our company inspiring. Explore our open positions and apply to become a part of the Summit Health and CityMD family.

**Read Less** ︿

© 2023 Workday, Inc. All rights reserved.