UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESHANEE STEWART, and
SEVARIA WILLIS

                Plaintiffs,

– *against* –

SUMMIT HEALTH MANAGEMENT, LLC, and CITY PRACTICE GROUP OF NEW YORK LLC,

                Defendants.

**ORDER**

23-cv-04073 (ER)

RAMOS, D.J.:

    On November 7, 2024, the parties submitted a joint status update indicating that the parties had agreed to engage in class mediation scheduled. Doc. 66. The parties request that the Court stay all proceedings pending the completion of mediation. *Id.* Accordingly, the Court hereby stays the case.

    The Clerk of Court is respectfully directed to terminate the motion, Doc. 66.

It is SO ORDERED.

Dated: November 8, 2024
       New York, New York

                                          EDGARDO RAMOS, U.S.D.J.