UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DESHANEE STEWART and SEVARIA WILLS, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*<br><br>               Plaintiffs,<br><br>v.<br><br>SUMMIT HEALTH MANAGEMENT, LLC, d/b/a CITYMD,<br>and CITY PRACTICE GROUP OF NEW YORK LLC d/b/a CITYMD,<br><br>               Defendants. | Case No.: 1:23-cv-04073<br><br>**[PROPOSED]**<br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Summit Health Management, LLC d/b/a CityMD and City Practice Group of New York LLC d/b/a CityMD ("Defendants"), having offered to allow Plaintiffs Deshanee Stewart and Sevaria Wills ("Plaintiffs") to take a judgment against them on Plaintiffs' individual claims alleging causes of action under the Fair Labor Standards Act, in the sum of in the sum of Ten Thousand Dollars and No Cents ($10,000.00), which includes all attorneys' fees and costs accrued by Plaintiffs in their individual capacity through the date of this offer, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 5, 2025 and filed as Exhibit A to Docket Number 75;

**WHEREAS**, on June 6, 2025, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 75);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Deshanee Stewart and Sevaria Wills, in the sum of $10,000.00, in accordance with the

terms and conditions of Defendants' Rule 68 Offer of Judgment dated June 5, 2025 and filed as Exhibit A to Docket Number 75. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____, 2025         _____
       New York, New York                                                 U.S.D.J.